# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# ABILENE DIVISION

| | |
|---|---|
| Nina Puckett,<br><br>           Plaintiff,<br>v.<br><br>Cavalry Portfolio Services, LLC,<br><br>           Defendant. | Civil Action No.:   1:11-cv-00050-C |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: April 20, 2011

                        Respectfully submitted,
                        By:   /s/ Diana P. Larson_____
                        Diana P. Larson
                        Texas Bar No. 24007799
                        The Larson Law Office, PLLC
                        440 Louisiana, Suite 900
                        Houston, Texas  77002
                        Telephone:  (713) 221-9088
                        Facsimile:  (832) 415-9762
                        Email:  diana@thelarsonlawoffice.com

                        <u>Of Counsel To:</u>
                        LEMBERG & ASSOCIATES L.L.C.
                        A Connecticut Law Firm
                        1100 Summer Street, 3rd Floor
                        Stamford, CT 06905
                        Telephone: (203) 653-2250
                        Facsimile:  (877) 795-3666
                        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 20, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

               By __/s/ Diana P. Larson_____
                  Diana P. Larson