IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| NINA PUCKETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CAVALRY PORTFOLIO SERVICES, LLC, | ) ) |
| Defendant. | ) Civil Action No. 1:11-CV-050-C |

## ORDER OF DISMISSAL

Pursuant to the Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a), filed June 9, 2011,

IT IS ORDERED that this cause is **DISMISSED** with prejudice, with costs taxed against the party incurring same.

Dated June 10, 2011.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE